

# BEVERLY CRUMLEY  HAYS COUNTY DISTRICT CLERK
Government Center, 712 S. Stagecoach Trail, Rm. 2211, San Marcos, Texas 78666
512/393-7660

**FILED**

**June 15, 2015**

**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

To:     Jeffrey D. Kyle
        Clerk, Court of Appeals
        Third District of Texas
        P. O. Box 12547
        Austin, Texas  78711-2547


Re:     Appellate Court #03-14-00216-CR
        TC Cause # CR-13-0077
        Style:  State of Texas vs. Jonathan Porterie


Dear Sir/Madam:

In accordance with Rule 51.2(a)(1) TRAP, I hereby acknowledge receipt of the mandate in the above entitled and numbered cause and have filed same on June 12, 2015.


Beverly Crumley
District Clerk, Hays County



By: _____
        Kathy Orlowski, Deputy